UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CECIL BUTLER,**<br>46677 Robert Leon Drive<br>Lexington Park, Maryland 20653<br><br>INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff,*<br><br>v.<br><br>**SECURIGUARD, INC.**<br>6858 Old Dominion Drive, Suite 307<br>McLean, Virginia 22101<br><br>**Serve on:**<br>CT Corporation System<br>1015 15th Street N.W., Suite 1000<br>Washington DC 20005-2605<br><br>*Defendant.* | Civil Action No. _____<br><br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Plaintiff files this, his Certificate of Interested Parties, and respectfully names for the Court certain interested parties as follows:

1. Cecil Butler (Plaintiff)

2. Edwards Burns & Krider LLP (Plaintiff's Counsel)

3. Bruckner Burch PLLC (Plaintiff's Counsel)

4. Securiguard, Inc. (Defendant)

Plaintiff will amend this certificate as additional parties are added to this lawsuit.

1

Respectfully submitted,

*/s/ Steven A. Luxton*

Steven A. Luxton
D.C. Federal Bar No. 470468
EDWARDS BURNS & KRIDER LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
410.454.0012
410.454.0146 (facsimile)

ATTORNEYS FOR PLAINTIFF BUTLER,
THE MEMBERS OF THE COLLECTIVE ACTION CLASS
AND THE MEMBERS OF THE CLASS ACTION CLASS

OF COUNSEL:

Brady Edwards
Sandra Thourot Krider
Patrick K.A. Elkins
EDWARDS BURNS & KRIDER LLP
1000 Louisiana, Suite 1300
Houston, Texas 77002
713.339.3233
713.339.2233 (facsimile)

Rex Burch
BRUCKNER BURCH PLLC
5847 San Felipe, Suite 3900
Houston, Texas 77057
713.877.8788
713.877.8065 (facsimile)

2