ORIGINAL

Securigaard, Inc.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE Thursday 7/20/06 @ 12:25 p.m. |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) James D. Binsted | TITLE PPS |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Served Melanie Henderson at 1015 15th St. N.W., Suite 1000, Wash. D.C. 20005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL  —0— | SERVICES  $75.00 Flat | TOTAL  $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/20/06
Date

Signature of Server  James D. Binsted

J. BINSTED ASSOC.
1123 GRANDIN AVE.
ROCKVILLE, MD 20851-1337
(301) 251-1160

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CECIL BUTLER,
46677 Robert Leon Drive
Lexington Park, Maryland 20653

**SUMMONS IN A CIVIL CASE**

V.

SECURIGUARD, INC.
6858 Old Dominion Drive, Suite 307
McLean, Virginia 22101

CASE NUMBER:

TO: (Name and address of Defendant)

SECURIGUARD, INC.
CT Corporation System
1015 15th Street N.W., Suite 1000
Washington DC 20005-2605

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven A. Luxton
EDWARDS BURNS & KRIDER LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
410.454.0012
410.454.0146 (facsimile)

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

Attachments
Original collective action & Class action Complaint w/ Ex A
Civil Cover Sheet