## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CECIL BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:06-CV-01248 (CKK) |
| | ) |
| SECURIGUARD, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## SECURIGUARD, INC'S LOCAL CIVIL RULE 7.1 CERTIFICATION

As required by Local Civil Rule 7.1, I, the undersigned counsel of record for Securiguard, Inc. hereby certifies that to the best of his knowledge and belief, Securigard, Inc. has no parent companies, subsidiaries or affiliates with outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,


_____/s/_____
Scott D. Helsel (DC Bar No. 455763)
WALTON & ADAMS, P.C.
1924 Isaac Newton Square
Suite 250
Reston, VA 20190
(703) 790-8000 (voice)
(703) 790-8016 (fax)

*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certified that I have caused a true and correct copy of the following to be served by first class mail, postage prepaid, on each of the following on this 8th day of August 2006:

Steven A. Luxton
EDWARD BURNS & KRIDER LLP
201 North Charles Street, Suite 1402
Baltimore, MD 21201
Fax:  (410) 454-0146


_____/s/_____
Scott D. Helsel