UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CECIL BUTLER,** | § § | |
| INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § | Civil Action No. 1:06-cv-01248 |
| *Plaintiff,* | § § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| **SECURIGUARD, INC.** | § § § | |
| *Defendant.* | § § | |

## MOTION FOR ADMISSION PRO HAC VICE

Steven A. Luxton, attorney of record, for Plaintiff Cecil Butler, individually and on behalf of all others similarly situated, pursuant to Local Rule 83.2(d) of the United States District Court for the District of Columbia, moves this Court to enter an order permitting Patrick K.A. Elkins to appear and participate in the referenced case, including trial, *pro hac vice*. A declaration in support of this motion for admission pro hac vice executed by Mr. Elkins is attached as Exhibit A.

Respectfully submitted,

/s/
Steven A. Luxton
D.C. Federal Bar No. 470468
EDWARDS BURNS & KRIDER LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
410.454.0012
410.454.0146 (facsimile)

ATTORNEY FOR PLAINTIFF BUTLER

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2006, a copy of the forgoing document was served pursuant to the Federal Rules of Civil Procedure by first-class mail, postage prepaid to the following:

Scott D. Helsel
Walton & Adams PC
1924 Isaac Newton Square, Suite 250
Reston, VA 20190

                                                                                       /s/
                                                                  Steven A. Luxton