UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CECIL BUTLER,<br><br>INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff,*<br><br>v.<br><br>SECURIGUARD, INC.<br><br>*Defendant.* | Civil Action No. 1:06-cv-01248<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF PATRICK K.A. ELKINS
### IN SUPPORT OF MOTION FOR PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, the undersigned declares as follows:

1. "My name is Patrick K.A. Elkins. I am over the age of 18, have never been convicted of a felony or a crime of moral turpitude, and am in all ways competent to attest to the facts set forth herein. The facts in this Declaration are within my personal knowledge and are true and correct.

2. "A Motion for Leave to Appear Pro Hac Vice was recently granted for me to practice before this Court in the above-styled matter. The motion was granted pending certification that I am familiar with the Local Rules of this Court.

3. "I hereby certify that I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Columbia, and the District of Columbia Rules of Professional Conduct.

4. "I swear under penalty of perjury that the foregoing is true and correct."

**DATED: AUGUST 24, 2006**

*/s/ Patrick Elkins*
**PATRICK K.A. ELKINS**

1