# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CECIL BUTLER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06-CV-01248 (CKK) |
| SECURIGUARD, INC., | ) |
| Defendant. | ) |

### [PROPOSED] INITIAL SCHEDULING ORDER

This case comes before the Court for an Initial Scheduling Conference and the entry of a Scheduling Order. Upon consideration of the parties' Joint Report, and for good cause shown, the Court hereby ORDERS as follows:

1. The parties' initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be served no later than **September 18, 2006**.

2. Mediation before Magistrate Judge _____ will be held on _____, 2006, at _____. The parties will comply with all orders and other requirements of the Magistrate Judge pertaining to this mediation session.

3. Any motions for amendments to pleadings, including the joinder of any additional named parties, but excluding the joinder of any additional plaintiff who may opt-in if the Court certifies this case as a collective action and/or who may be class members if the Court certifies this case as a class action, shall be filed and served no later than **December 1, 2006**.

2

4. The Plaintiff shall file and serve any motion to certify this case as a collective action pursuant to the Fair Labor Standards Act, or as a class action pursuant to Federal Rule of Civil Procedure 23, by no later than **January 29, 2007**. Further briefing on any such motion shall conform to the deadlines set forth in Local Civil Rule 7.

5. Discovery shall proceed according to the plan agreed to by the parties in their Joint Report.

6. A status conference will be held as soon as the Court has ruled on any motion pertaining to the Plaintiff's request to certify this case as a collective action and/or a class action, at which time the Court will enter further scheduling orders consistent with the scope of the case and the plan agreed to by the parties in their Joint Report.

SO ORDERED this _____ day of _____, 2006.

Colleen Kollar-Kotelly
United States District Judge