UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CECIL BUTLER,                          )
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )    Civil Action No. 1-06-CV-01248 (CKK)
                                       )
SECURIGUARD, INC.,                     )
                                       )
            Defendant.                 )

JOINT DISCOVERY PLAN

The Parties, each by their undersigned counsel, respectively submit their Discovery Plan pursuant to the Court's Scheduling and Procedures Order ("the Scheduling Order"), dated September 11, 2006.

The Parties have each made their Initial Disclosures, and have also voluntarily exchanged a number of documents relevant to the issues in this lawsuit. A mediation session is scheduled before Magistrate Judge Kay on October 17, 2006.

In the event that the case is not amicably resolved through mediation, the Parties anticipate propounding written discovery requests on each other after the mediation session, with most initial written discovery to be completed by the end of November, 2006. Thereafter, the parties anticipate taking key depositions between December 1 and 15, 2006. At this time, the Plaintiff anticipates taking a 30(b)(6) deposition of the Defendant, and the Plaintiff anticipates taking a deposition of the Plaintiff. The Parties continue to evaluate whether additional depositions will be necessary of other individuals identified in the Initial Disclosures, or who may be identified in further discovery.

1

The Parties agree that, at this time, their discovery efforts should focus only on the merits of the Plaintiff's individual claims, and the Defendant's defenses to those claims, and on threshold issues relevant to the Court's determination of whether to allow the Plaintiff to maintain his lawsuit as a collective action and/or a class action (without focusing, at this time, on the merits of representative claims, if any, that might exist in the case if the Court grants the Plaintiff's request to proceed as a collective action and/or a class action). The Parties also agree that, at this time, discovery should not focus on the Plaintiff's claim for attorney's fees if he would prevail on his claims in this case.

Respectfully submitted,

/s/
Steven A. Luxton (DC Bar No. 470468)
EDWARD BURNS & KRIDER LLP
201 North Charles Street, Suite 1402
Baltimore, MD 21201
Phone: (410) 454-0012
Fax: (410) 454-0146

/s/
Patrick K.A. Elkins (pro hac vice)
EDWARD BURNS & KRIDER LLP
1000 Louisiana, Suite 1300
Houston, TX 77002
Phone: (713) 339-3233
Fax: (713) 339-2233

*Counsel for Plaintiff*

2

3

/s/
Scott D. Helsel (DC Bar No. 455763)
WALTON & ADAMS, P.C.
1924 Isaac Newton Square
Suite 250
Reston, VA 20190
(703) 790-8000 (voice)
(703) 790-8016 (fax)

*Counsel for Defendant*