UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CECIL BUTLER,<br><br>    Plaintiff,<br><br>    v.<br><br>SECURIGUARD, INC.<br><br>    Defendant. | Civil Action No. 06-1248 (CKK) |

**ORDER**

The Court has received notice from Magistrate Judge Alan Kay that the parties have reached a settlement in principle in the above-captioned case. Pursuant to that notice, it is, this 19th day of October, 2006, hereby

**ORDERED** that this case is DISMISSED. The dismissal shall be without prejudice until November 28, 2006. Should counsel fail to move to extend or to reopen the case before that date, the matter shall, without further order, stand dismissed **with** prejudice.

**SO ORDERED.**

                                    */s/*
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge