UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CECIL BUTLER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06-CV-01248 (CKK) |
| SECURIGUARD, INC., | ) |
| Defendant. | ) |

ORDER OF DISMISSAL WITH PREJUDICE

This case is before the Court for consideration of the Joint Motion for Approval of Settlement and Dismissal. Based on the representations of the respective parties' counsel, as set forth in writing in the Joint Motion, the Court hereby FINDS that the settlement reached between the parties is the product of arms-length negotiation; that the settlement is entered into freely by each of the respective parties, each of whom having had the assistance of counsel at all stages of this lawsuit; and that the settlement provides a fair resolution of the disputed facts and legal issues existing between them. Accordingly, this Court hereby GRANTS the Joint Motion for Approval of Settlement and Dismissal, APPROVES the settlement, and hereby ORDERS that this case shall be, and hereby is, DISMISSED WITH PREJUDICE, with each party responsible for their own attorney's fees and costs.

Let the Clerk send a copy of this Order to all counsel of record.

_____
United States District Judge

Dated: _____